IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Alice | Case Number: 04 B 03999 |
|---|---|---|
| | Wilson, Henry | Judge: Hollis, Pamela S |
| | Printed: 7/8/08 | Filed: 2/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 19, 2008
Confirmed: March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 87,735.02 | |
| Secured: | | 77,029.77 |
| Unsecured: | | 2,337.92 |
| Priority: | | 0.00 |
| Administrative: | | 2,910.00 |
| Trustee Fee: | | 4,490.84 |
| Other Funds: | | 966.49 |
| Totals: | 87,735.02 | 87,735.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 38,075.46 | 38,075.46 |
| 4. | Ocwen Federal Bank FSB | Secured | 38,954.31 | 38,954.31 |
| 5. | AAA Checkmate LLC | Unsecured | 78.82 | 78.82 |
| 6. | Americash Loans, LLC | Unsecured | 30.96 | 30.96 |
| 7. | RoundUp Funding LLC | Unsecured | 161.03 | 161.03 |
| 8. | Nicor Gas | Unsecured | 190.40 | 190.40 |
| 9. | ECast Settlement Corp | Unsecured | 175.36 | 175.36 |
| 10. | ECast Settlement Corp | Unsecured | 119.95 | 119.95 |
| 11. | Municipal Collection Services | Unsecured | 70.00 | 70.00 |
| 12. | Capital One Auto Finance | Unsecured | 1,423.21 | 1,423.21 |
| 13. | Sallie Mae | Unsecured | 4,140.68 | 0.00 |
| 14. | Nationwide Acceptance Corp | Unsecured | 88.19 | 88.19 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 17. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Calumet Park Water Dept | Unsecured | | No Claim Filed |
| 20. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 21. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 22. | Horizons | Unsecured | | No Claim Filed |
| 23. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 25. | Kaplan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Alice | Case Number: 04 B 03999 |
|---|---|---|
| | Wilson, Henry | Judge: Hollis, Pamela S |
| | Printed: 7/8/08 | Filed: 2/3/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Metro Call | Unsecured | | No Claim Filed |
| 27. | Marian Joy Rehab Center | Unsecured | | No Claim Filed |
| 28. | Melvin Kaplan | Unsecured | | No Claim Filed |
| 29. | National Quick Cash | Unsecured | | No Claim Filed |
| 30. | Neurology Consultants, S.C. | Unsecured | | No Claim Filed |
| 31. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 32. | Trace Ambulance Service | Unsecured | | No Claim Filed |

$ 86,418.37    $ 82,277.69

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 315.00 |
| 4% | 287.98 |
| 6.5% | 846.00 |
| 3% | 216.00 |
| 5.5% | 882.81 |
| 5% | 270.00 |
| 4.8% | 518.37 |
| 5.4% | 1,154.68 |

$ 4,490.84

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

